No. —, original. Ex parte POLLITT. May 4, 1936. The motion for leave to file petition for writ of habeas corpus is denied. *Mr. Basil H. Pollitt, pro se.*

Nos. 956 and 957. MOUNTAIN STATES POWER CO. *v.* PUBLIC SERVICE COMMISSION OF MONTANA ET AL. May 4, 1936. The motion for injunction pending appeal is granted upon condition that the impounding be continued, as provided by the restraining order in the court below, and that bond be given in the same amount as therein provided. The order to be settled on notice. MR. JUSTICE BRANDEIS dissents. *Mr. Hance H. Cleland* for appellant in support of the motion. *Mr. A. H. Angstman* for appellees in opposition thereto.

No. 872. SMITH, COLLECTOR OF REVENUE, ET AL. *v.* AJAX PIPE LINE CO.

Decided May 18, 1936. *Per Curiam:* The motion to bring up the entire record and cause is denied. The certificate is dismissed. *Jewell* v. *Knight,* 123 U. S. 426, 433; *Cross* v. *Evans,* 167 U. S. 60, 63; *B. & O. R. Co.* v. *Interstate Commerce Comm'n,* 215 U. S. 216, 221; *United States* v. *Mayer,* 235 U. S. 55, 66; *Larabee Flour Mills Co.* v. *First National Bank of Dublin,* 290 U. S. 594; *Mantle Lamp Co.* v. *Aluminum Products Co.,* 297 U. S. 638. *Mr. William L. Vandeventer* for Smith et al. *Messrs. Charles F. Newman* and *L. G. Owen* for Ajax Pipe Line Co.